**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-6687**

———————

CARLTON L. CHANEY,

                                    Petitioner - Appellant,

        versus

TERRY O'BRIEN, Warden, U.S. Penitentiary Lee
County,

                                    Respondent - Appellee.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   Jackson L. Kiser, Senior
District Judge.   (7:07-cv-00121-jlk)

———————

Submitted:  September 13, 2007      Decided:  September 18, 2007

———————

Before GREGORY and DUNCAN, Circuit Judges, and WILKINS, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Carlton L. Chaney, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlton L. Chaney, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Chaney v. O'Brien</u>, No. 7:07-cv-00121-jlk (W.D. Va. Apr. 23, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>